## Barndollar et al. v. Patton.

Deficiencies in a record cannot be supplied in this court by *ex parte* affidavits. Where an amendment is desired to a sheriff's return application must be made in the court below.

*Error to County Court of Pueblo County.*

The defendant in error filed in this court an affidavit of the sheriff of Pueblo county, to the effect that he had served the summons issuing out of the county court in said action by delivering to each of the defendants therein a true copy, etc. The plaintiff in error moved to strike the affidavit from the files.

Mr. Thomas T. Player, for plaintiff in error.

Mr. A. B. Patton, *pro se.*

Per Curiam. The motion in this case must be allowed. Deficiencies in the record cannot be supplied by *ex parte* affidavits. If the defendant in error desires to have the sheriff amend his return, he must apply to the court below. The affi-

davit might be considered in support of a motion for a stay of proceedings in this court until such application could be made, but there is no such motion interposed, and the affidavit must be stricken from the files. The case of *De Armond et al.* v. *Adams et al.* 25 Ind. 457, cited by the defendant in error, does not lay down any different practice, as is claimed.

*Motion allowed.*